IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMON MORGAN, | : | |
|    Petitioner | : | |
| | : | No. 1:23-cv-00135 |
| v. | : | |
| | : | (Judge Rambo) |
| WARDEN BRAAZA, | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, on this 15th day of June 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner Damon Morgan's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED** for failure to exhaust administrative remedies;

2. Morgan's motion (Doc. No. 2) for expedited relief is **DISMISSED** as moot in light of paragraph 1 above; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                    s/ Sylvia H. Rambo
                                                    United States District Judge